**Davis Miles McGuire Gardner, PLLC**

80 E. Rio Salado Pkwy., Ste. 401
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
efile.dockets@davismiles.com

*James M. McGuire #021223*
*Attorney for Debtors*

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| In re:<br><br>RODNEY E. BERG<br><br>and<br><br>NANCY J. REYES<br><br>Debtors. | Case No.: 2:12-bk-01110-CGC<br><br>Chapter 11<br><br>**ATTORNEY DISCLOSURE PURSUANT TO RULE 2016(b)** |
|---|---|

James M. McGuire, on behalf of Davis Miles McGuire Gardner, PLLC being of lawful age, pursuant to Bankruptcy Rule 2016 (b) and 11 U.S.C. § 329 (a) states and declares under penalty of perjury as follows:

1. Neither the Law Firm of Davis Miles McGuire Gardner, PLLC or James M. McGuire have shared nor agreed to share any compensation with any person or entity.

2. The Debtors have agreed to compensate the Law Firm of Davis Miles McGuire Gardner, PLLC according to the hourly rate normally and customarily charged to its clients, subject to Court approval. The hourly rates agreed to are the Firm's rates for like matters, and are reasonable and consistent with market rates in the District of Arizona. The agreed rate structure for this matter is set forth in the Agreement for Employment of Attorney, a copy of which is attached as "Exhibit A."

1

Case 2:12-bk-01110-DPC    Doc 11    Filed 01/25/12    Entered 01/25/12 12:50:10    Desc
Main Document    Page 1 of 2

3. The Law Firm of Davis Miles McGuire Gardner, PLLC received prior to filing a retainer from the Debtors in the amount of $10,000.00 and $1046.00 for the Court Filing fee. The retainer of $10,000.00 was place in the Firm's trust account.

4. In connection with this case, James M. McGuire and the Law firm of Davis Miles McGuire Gardner, PLLC has no interest adverse to the interest of the Debtors and has no relation to any creditor of this estate

DATED this 25th day of January, 2012

**DAVIS MILES MCGUIRE GARDNER, PLLC**

*/s/ James M. McGuire*
James M. McGuire

Copy of the foregoing
Mailed this 25th day of
January, 2012 to:

Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003

*/s/ Adriana Dominguez*
Adriana Dominguez